Prepared by State Reporter from Appeal Papers

ALFRED W. BABCOCK, an Infant, by JENNIE BABCOCK,
His Guardian ad Litem, Appellant, v. SIMON E. FITZ-
PATRICK et al., Doing Business under the Name of
J. J. FITZPATRICK & SON, Respondents.

*Negligence — nuisance — proximate cause — dynamite caps left by*
*defendants' employees under porch of house and carried away by*
*nephew of occupant — plaintiff injured while exploding one — act*
*of defendants' employees in leaving caps not proximate cause of injury.*

Babcock v. Fitzpatrick, 221 App. Div. 638, affirmed.

(Argued June 1, 1928; decided June 19, 1928.)

APPEAL from a judgment, entered November 21, 1927,
upon an order of the Appellate Division of the Supreme
Court in the third judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint in an action to
recover for personal injuries alleged to have been sus-
tained by plaintiff through the negligence of and mainte-
nance of a nuisance by the defendants who were contract-
ors engaged in laying a water pipe line. In the course
of the work defendants' employees stored some tools
under the porch of an adjoining house, and it becoming
necessary to blast nearby, a box containing dynamite
percussion caps was left there. A nephew of the occupant
of the house, about eleven years of age, found the box
and joining some other boys, amongst whom was the
plaintiff, a boy twelve years of age, they went to a deserted
pier and tried to explode the caps. Plaintiff succeeded in
exploding one and as a result had some of his fingers blown
off. The Appellate Division held that, assuming the plac-
ing of the caps under the porch to have been wrongful,
it was not the proximate cause of the plaintiff's injuries.

*Walter A. Fullerton* for appellant.

*Hugh Reilly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS,
LEHMAN, KELLOGG and O'BRIEN, JJ.